Same case below, 389 Fed. Appx. 738.

**No. 10-8024. Nella Manko, Petitioner v. Dana Mannor, et al.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1603, ■

February 22, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 68 App. Div. 3d 497, 889 N.Y.S.2d 448.

**No. 10-8025. Kevin Jerome Pullum, Petitioner v. T. Felker, Warden.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1515.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 663.

**No. 10-8026. Dontavious Sherrode Smith, Petitioner v. School Board of Brevard County, et al.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1534, ■

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8027. Claude Townsend, Petitioner v. Peter J. Calderone, et al.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1614, ■

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 396 Fed. Appx. 787.

**No. 10-8028. Tory R. Williams, Petitioner v. Florida.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1685.

February 22, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 36 So. 3d 102.

**No. 10-8031. Randy Rogers, Petitioner v. Raymond Booker, Warden.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1578.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8032. Ivan Gollman, Petitioner v. Linda Metrish, Warden.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1579.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8033. Morris Solomon, Jr., Petitioner v. California.**

562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1569.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 792, 112 Cal. Rptr. 3d 244, 234 P.3d 501.